Stephanie Hambrick
Wyoming State Bar No. 6-2785
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
stephanie.hambrick@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| **v.** | **Criminal No. 18-CR-109-S** |
| **PAUL W. WILLS, III,** | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF INTENT TO OFFER EXPERT TESTIMONY

The United States hereby submits its notice of intent to offer expert testimony, pursuant to Fed. R. Crim. P. 16(a)(1)(G), in the above-entitled matter as follows:

**DNA Analyst**

At this time, the DNA report has not been completed, therefore, the government is unable to provide the name of the DNA analyst, but will provide the name of the analyst once it is known to the government.

*Summary of Testimony:* The DNA analyst will testify that he or she performed DNA analysis on bottles collected from the Defendant's dorm room and other items as well as biological evidence collected from the victim. The analyst will be called to testify regarding that analysis, the process and procedures used in his or her analysis, and his or her results, opinions and conclusions based on his or her analysis. The analysts' report will be provided to defense counsel upon receipt.

**Sexual Assault Nurse Examiner**
**Shannon Gaines**

*Qualifications:* Ms. Gaines is a registered nurse employed by Livingston Healthcare in Livingston, Montana. Ms. Gaines will testify about her experience and training in the area of sexual assault and the procedures performed during a sexual assault examination. Ms. Gaines' Curriculum Vita outlining all her qualifications will be provided upon receipt.

*Summary of Testimony:* Ms. Gaines will testify that on June 9, 2018, she performed a forensic medical examination on a female sexual assault victim. Ms. Gaines will testify to the examinations and tests she performed during the examination, the injuries she observed as well as the evidence she collected, the manner in which it was collected and the observations she made based on her training and experience as a nurse. Moreover, Ms. Gaines will testify consistent with her forensic medical report, which has been provided in discovery.

It can be difficult to distinguish whether opinion testimony is truly "expert" testimony under Federal Rules of Evidence, Rule 702, or whether it is opinion testimony as provided by a lay witness under Rule 701.   Thus, while some types of opinions referenced herein are arguably either 701 or 702 material, the United States provides this notice out of an abundance of caution.

The United States reserves the right to supplement this notice of expert witness testimony pursuant to the continuing duty to disclose.    Rule 16(c), Federal Rules of Evidence.

**DATED** this 14th day of August, 2018.

Respectfully submitted,

MARK A. KLAASSEN
United States Attorney


By:     */s/ Stephanie A. Hambrick*
STEPHANIE A. HAMBRICK
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th day of August, 2018, a true and correct copy of the foregoing **Government's Notice of Intent to Offer Expert Testimony** was served upon counsel of record via CM/ECF or the Court's Electronic Filing System.

*/s/ Lisa Wait*
UNITED STATES ATTORNEY'S OFFICE